Petition for Writ of Mandamus Denied and Memorandum Opinion filed
January 29, 2004









 

Petition for Writ of Mandamus Denied and Memorandum
Opinion filed January 29, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00037-CV

____________

 

IN RE MARTIN SHELBY BARNES, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On January 15, 2004, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2003); see
also Tex. R. App. P. 52.  

Relator contends he filed a request for a
speedy trial in the trial court.  Relator has failed to attach any documents to his
petition.  As a party seeking mandamus
relief, Barnes has the burden of providing this court with a sufficient record
to establish his right to relief.  Walker v. Packer, 827 S.W.2d 833, 837 (Tex. 1992).

The record does not establish relator=s right to relief in this case.  Accordingly, we deny relator=s petition for writ of mandamus.

 

 








PER CURIAM

 

 

Petition Denied
and Memorandum Opinion filed January 29, 2004.

Panel consists of
Chief Justice Hedges and Justices Anderson and Seymore.